IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Francis Akinro \
P.O. Box 23510 \
Baltimore, MD 21201 \
(Full name and address of the plaintiff) \
**Plaintiff(s)**

vs.

Hertz Car Rental \
Baltimore-Washington International Airport, \
7416 New Ridge Rd, \
Hanover, MD 21227 \
410-684-7900 \
(Full name and address of the defendant(s)) \
**Defendant(s)**

\*  2010 MAY 17  P 3:50

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Civil No.: **JFM 10 CV 1297**
(Leave blank. To be filled in by Court.)

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 12/2000)                1

2. The facts of this case are:

Defendant Hertz hire Adoko Igbe to deceived me and prevent me from renting their car at the airport on May 16, 2010. Iya Lekan with her traditional medicine of blood for war attacked me and prevent me from renting the hotel because she said I did not have good credit knowingly to killed me through the rental or when the situation become tense.

3. The relief I want the court to order is:

☒ Damages in the amount of: *eighty hundred and seventy trilion dollars*

☒ An injunction ordering: *Refund of Processing fees of $300,000.00*

☒ Other (explain) *The court should punish the Manager of the Car Rental, Adoko Igbe and Iya Lekan group to Life imprison.*

*Professor Francis Akinro*
(original signature of plaintiff)

*P.O. Box 23510,*

*Baltimore, MD 21203*
Email: *fakinro@hotmail.com*
Fax: *443-458-6714*
(address of plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.